DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSEPH MACHARD WATKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2024-1479
_____

October 17, 2025

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Blair Allen, Public Defender, and Gary R. Gossett, Jr., Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Angela H. Fernandez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

SILBERMAN, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.